■ RONALD D. McCHESNEY, Appellant, v CITY OF JAMESTOWN, Respondent. (Appeal No. 2.) [673 NYS2d 348] —Appeal from order insofar as it denied reargument unanimously dismissed and order affirmed without costs. Memorandum: Plaintiff argues on appeal that Supreme Court erred in denying that part of his motion seeking reargument. That part of the order is not appealable (*see, Empire Ins. Co. v Food City,* 167 AD2d 983, 984).

Because the proposed amended pleading is completely devoid of merit on its face, the court did not err in denying that part of plaintiff's motion seeking leave to amend the complaint (*see, Ramundo v Town of Guilderland,* 108 AD2d 995, 996).

Finally, the court properly determined that plaintiff's motion to reargue and to amend the complaint constituted frivolous conduct. The court thus properly exercised its discretion in imposing sanctions and costs (*see, Breslaw v Breslaw,* 209 AD2d 662). (Appeal from Order of Supreme Court, Chautauqua County, Ward, J.—Amend Pleading.) Present—Pine, J. P., Lawton, Wisner, Callahan and Fallon, JJ.

■ In the Matter of MARY J., a Child Alleged to be Permanently Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MARY ANN J., Appellant. (Appeal No. 1.) [673 NYS2d 349] —Appeal unanimously dismissed without costs (*see, Matter of Roy D., Jr.,* 207 AD2d 958). (Appeal from Order of Erie County Family Court, Szczur, J.—Permanent Neglect.) Present—Pine, J. P., Lawton, Wisner, Callahan and Fallon, JJ.

■ In the Matter of KELLY E. and Another, Children Alleged to be Permanently Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MARY ANN J., Appellant. (Appeal No. 3.) [673 NYS2d 349] —Appeal unanimously dismissed without costs (*see, Matter of Roy D., Jr.,* 207 AD2d 958). (Appeal from Order of Erie County Family Court, Szczur, J.—Permanent Neglect.) Present—Pine, J. P., Lawton, Wisner, Callahan and Fallon, JJ.

■ In the Matter of RICCO S. and Others, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; VICKI R., Appellant. [675 NYS2d 582] —Order unanimously affirmed without costs for reasons stated in decision at Erie County Family Court, Mix, J. (Appeal from Order of Erie County Family Court, Mix, J.—Terminate Parental Rights.) Present—Pine, J. P., Lawton, Wisner, Callahan and Fallon, JJ.